# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| SHANELLE JENKINS, § <br> as surviving spouse and § <br> Representative of the Estate of § <br> ROBERT GERON MILLER, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> TARRANT COUNTY SHERIFF'S § <br> OFFICE, et al., § <br>     Defendants. § | CIVIL ACTION NO. 4:21-CV-910-O |

## CERTIFICATE OF INTERESTED PERSONS

Defendant Texas Department of Public Safety, pursuant to Local Rule 3.1(c) and Local Rule 7.4 of the United States District Court for the Northern District of Texas, hereby certifies that the following persons and entities have an interest in the outcome of the above-entitled and numbered suit:

**A.   Parties**

    **Plaintiff**

    Shanelle Jenkins

    **Defendants**

    Tarrant County, Texas
    Tarrant County Sheriff's Office
    Tarrant County Sheriff Bill E. Waybourn
    Texas Department of Public Safety

**B.   Attorneys for Plaintiff**

    David W. Henderson
    Jay D. Ellwanger
    Ellwanger Law LLLP

      400 S. Zang Blvd., Suite 600
      Dallas, Texas 75208

**C.**    **Attorneys for Defendants**

      M. Keith Ogle
      Tarrant County Criminal District Attorney's Office
      401 W. Belknap, 9th Floor
      Fort Worth, Texas 76196
      *Attorney for Tarrant County, Tarrant County Sheriff's Office, and Sheriff Waybourn

      Christopher Lee Lindsey
      Office of the Texas Attorney General
      Law Enforcement Defense Division
      PO Box 12548
      Austin, Texas 78711-2548
      *Attorney for Texas Department of Public Safety

**D.**    **Non-Parties**

      N/A

      Respectfully submitted,

      **KEN PAXTON**
      Attorney General of Texas

      **BRENT WEBSTER**
      First Assistant Attorney General

      **GRANT DORFMAN**
      Deputy First Assistant Attorney General

      **SHAWN COWLES**
      Deputy Attorney General for Civil Litigation

      **SHANNA E. MOLINARE**
      Assistant Attorney General
      Chief, Law Enforcement Defense Division

      */s/ Christopher Lee Lindsey*
      **CHRISTOPHER LEE LINDSEY**
      Assistant Attorney General

>Attorney-In-Charge
>State Bar No. 24065628
>Christopher.Lindsey@oag.texas.gov
>
>P.O. Box 12548, Capitol Station
>Austin, Texas 78711
>(512) 463-2080 (Phone No.)
>(512) 370-9314 (Fax No.)
>
>**ATTORNEYS FOR DPS**

## NOTICE OF ELECTRONIC FILING

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Northern District of Texas, on this the 17th day of November, 2021.

>/s/ *Christopher Lee Lindsey*
>**CHRISTOPHER LEE LINDSEY**
>Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General, do hereby certify that a true and correct copy of the foregoing has been served on all parties by electronic servicing on this 17th day of November, 2021.

>/s/ *Christopher Lee Lindsey*
>**CHRISTOPHER LEE LINDSEY**
>Assistant Attorney General