IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHANELLE JENKINS, § <br> as surviving spouse and § <br> Representative of the Estate of § <br> ROBERT GERON MILLER, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> TARRANT COUNTY SHERIFF'S § <br> OFFICE, et al., § <br>     Defendants. § | CIVIL ACTION NO. 4:21-CV-910-O |

**TEXAS DEPARTMENT OF PUBLIC SAFETY'S RESPONSE
TO PLAINTIFF'S MOTION TO STAY**

On November 23, 2021, Plaintiff filed a motion to stay this matter.[1] The motion specifically excluded the Department of Public Safety and consideration of its pending motion to dismiss.[2] The Court subsequently ordered "Defendants" to respond by December 8, 2021.[3]

Having been excluded from the relief requested in Plaintiff's motion, the Texas Department of Public Safety takes no position on a desired ruling.

                                                Respectfully submitted,

                                                **KEN PAXTON**
                                                Attorney General of Texas

                                                **BRENT WEBSTER**
                                                First Assistant Attorney General

                                                **GRANT DORFMAN**
                                                Deputy First Assistant Attorney General

                                                **SHAWN COWLES**
                                                Deputy Attorney General for Civil Litigation

---

1        Doc. 22.
2        Id. at 10.
3

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Christopher Lee Lindsey*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Attorney-In-Charge
State Bar No. 24065628
Christopher.Lindsey@oag.texas.gov

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 (Phone No.)
(512) 370-9314 (Fax No.)

**ATTORNEYS FOR DPS**

## NOTICE OF ELECTRONIC FILING

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Northern District of Texas, on this the 8th day of December, 2021.

/s/ *Christopher Lee Lindsey*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General, do hereby certify that a true and correct copy of the foregoing has been served on all parties by electronic servicing on this 8th day of December, 2021.

/s/ *Christopher Lee Lindsey*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General