IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHANELLE JENKINS, as surviving spouse, and as Represetive of the Estate of Robert Geron Miller, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:21-cv-0910-O |
| | § | |
| TARRANT COUNTY SHERIFF'S OFFICE et al., | § § § | |
| Defendants. | § § | |

## ORDER

On November 17, 2021, Defendant Texas Department of Public Safety ("DPS") filed its Rule 12(b)(1) Motion to Dismiss for Lack of Jurisdiction (ECF No. 20). On December 8, 2021, Plaintiff filed her response in opposition (ECF No. 29). The deadline for Defendant DPS to file a reply brief was December 23, 2021. No reply was filed. In light of the intervening holidays, the Court *sua sponte* extends the deadline for Defendant DPS to file a reply brief to **January 3, 2022**.

**SO ORDERED** on this **29th day** of **December, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE