## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **SHANELLE JENKINS, as surviving spouse, and as Representive of the Estate of Robert Geron Miller,** | § § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | **Civil Action No. 4:21-cv-0910-O** |
| **TARRANT COUNTY SHERIFF'S OFFICE et al.,** | § § § | |
| **Defendants.** | § | |

### FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order dated February 7, 2022, and pursuant to Federal Rule of Civil Procedure 58(a), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims against Defendant Texas Department of Public Safety are **dismissed without prejudice** under Federal Rule of Civil Procedure 12(b)(1); that Plaintiff's federal law claims against Defendants Tarrant County, the Tarrant County Sheriff's Office, and Sheriff Bill Waybourn are **dismissed with prejudice** under Federal Rule of Civil Procedure 12(b)(6); and that Plaintiff's state law claims against Defendants Tarrant County, the Tarrant County Sheriff's Office, and Sheriff Bill Waybourn are **dismissed without prejudice**, as the Court has declined to exercise supplemental jurisdiction over these state law claims pursuant to 28 U.S.C. § 1367(c). It is further **ORDERED**, **ADJUDGED**, and **DECREED** that each of these parties bear the court costs and attorney's fees incurred by that party.

**SIGNED** on this **11th day** of **February, 2022**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**