# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **SHANELLE JENKINS, as surviving spouse, and Representative of the Estate of ROBERT GERON MILLER** | § § § § § § § § § § |
| Plaintiff, | § |
| v. | § **CIVIL ACTION NO. 4:21-cv-910** |
| **TARRANT COUNTY SHERIFF'S OFFICE, BILL E. WAYBOURN** *in his official capacity as Sheriff of Tarrant County, Texas*, **TARRANT COUNTY, and TEXAS DEPARTMENT OF PUBLIC SAFETY, TEXAS RANGERS DIVISION** | § § **JURY TRIAL DEMANDED** § § § § § § § |
| Defendants. | § |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is given that the Plaintiff, SHANELLE JENKINS, as surviving spouse, and Representative of the Estate of ROBERT GERON MILLER, hereby appeals to the Fifth Circuit Court of Appeals from the February 11, 2022 Memorandum Opinion, Order, and Final Judgment issued by the Northern District of Texas Fort Worth Division Court granting Defendants', Tarrant County, the Tarrant County Sheriff's Office, and Sheriff Bill Waybourn's Amended Motion to Dismiss, dismissing Plaintiff's federal law claims with prejudice, state law claims without prejudice that are time-barred, and denying as moot Plaintiff's Motion to Stay Proceedings Pending Resolution of Writ of Mandamus.

Dated:  March 8, 2022                                    Respectfully Submitted,

*/s/ Jay D. Ellwanger*_____
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
David W. Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
Ellwanger Law LLLP
400 S. Zang Blvd. Ste. 600
Dallas, TX 75208
Telephone: (469) 998-6775
Facsimile: (469) 998-6775

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of March 2022, a true and accurate copy of the foregoing document was served on counsel of record through the Court's ECF system.

 /s/ Jay D. Ellwanger
Jay D. Ellwanger
