# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| SHANELLE JENKINS, as surviving spouse, and Representative of the Estate of ROBERT GERON MILLER,<br><br>　　　Plaintiff,<br>v.<br><br>TARRANT COUNTY SHERIFF'S OFFICE, BILL E. WAYBOURN *in his official capacity as Sheriff of Tarrant County, Texas*, TARRANT COUNTY, and TEXAS DEPARTMENT OF PUBLIC SAFETY, TEXAS RANGERS DIVISION<br><br>　　　Defendants. | CIVIL ACTION NO. 4:21-cv-910<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff SHANELLE JENKINS ("Plaintiff"), as surviving spouse and Representative of the Estate of ROBERT GERON MILLER, hereby appeals to the Fifth Circuit Court of Appeals from the July 8, 2022 Order (Dkt. No. 51) issued by the Northern District of Texas-Fort Worth Division Court denying Plaintiff's Corrected Motion for Relief from Judgment pursuant to FED R. CIV. P. 60(b) (Dkt. No. 43).

Dated: July 28, 2022

Respectfully submitted,

*/s/ David W. Henderson*
David W. Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
**ELLWANGER LAW LLLP**
400 S. Zang Blvd. Ste. 600
Dallas, TX 75208
Telephone: (469) 998-6775
Facsimile: (469) 998-6775

***COUNSEL FOR PLAINTIFF***